April 13, 1911.) Action by Bridget Fava, as administratrix, against Samuel Bienenzucht and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

FEYNMAN, Respondent, v. GOLDBERG, Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1911.) Action by Lewis J. Feynman against Samuel Goldberg. No opinion. Order affirmed, with $10 costs and disbursements.

FIDELITY & DEPOSIT CO. OF MARYLAND, Appellant, v. OUCHIE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by the Fidelity & Deposit Company of Maryland against Frank E. Ouchie and another. For former decision, see 127 N. Y. Supp. 1120.

PER CURIAM. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

FIRST NAT. BANK OF EUREKA, KAN., Appellant, v. CRANDALL HORSE CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by the First National Bank of Eureka, Kan., against the Crandall Horse Company and another.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents, upon the ground that the plaintiff had an equitable lien on the funds.

FISHER, Appellant, v. FISHER, Respondent. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Robert L. Fisher against Florence E. Fisher. G. G. Battle, for appellant. H. Eckhard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 64 Misc. Rep. 121, 117 N. Y. Supp. 1103.

FITZGERALD v. MONROE ECKSTEIN BREWING CO. et al. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Thomas Fitzgerald against Monroe Eckstein Brewing Company and others. No opinion. Order modified, by striking therefrom the provision as to costs, and, as thus modified, affirmed, without costs.

FOUR CORNERS REALTY CO. OF STATEN ISLAND, Appellant, v. BREEN, Respondent. (Supreme Court, Appellate Division, First Department. April 21, 1911.) Action by the Four Corners Realty Company of Staten Island against Catharine Breen, individually and as administratrix, etc. Monfried & Feinberg, for appellant. F. Solinger, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re FORTY-SECOND ST., M. & ST. N. AVE. RY. CO. (Supreme Court, Appellate Division, First Department. April 13, 1911.)

In the matter of the Forty-Second Street, Manhattan & St. Nicholas Avenue Railway Company. No opinion. Application granted. Settle order on notice.

FOX, Respondent, v. FOX, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by William J. Fox against Margaret Fox. For former opinion, see 127 N. Y. Supp. 989.

PER CURIAM. Motion for reargument denied, without costs.

FRANCIS et al., Appellants, v. CLEMENT. State Excise Com'r. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 14, 1911.) Action by Edward E. Francis and others against Maynard N. Clement, as State Commissioner of Excise, and others.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents, upon the ground that the petition was never filed as required by law.

FRANKL, Respondent, v. RELIANCE LIFE INS. CO. OF PITTSBURGH, Appellant. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Sara Frankl against the Reliance Life Insurance Company of Pittsburgh. J. C. Coleman, for appellant. G. Boochever, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re FREEDMAN. (Supreme Court, Appellate Division, First Department. April 13, 1911.) In the matter of Jacob S. Freedman, an attorney. No opinion. Reference ordered before official referee. Settle order on notice.

FREEMAN, Appellant, v. HARMON, Respondent. (Supreme Court, Appellate Division, First Department. April 7, 1911.) Action by Blanche B. Freeman against Clifford B. Harmon. C. G. F. Wahle, for appellant. J. S. Wood, for respondent.

PER CURIAM. Order affirmed, with costs. Order filed.

DOWLING, J., dissents.

FRIEDLAND, Respondent, v. COMMONWEALTH FIRE INS. CO. OF OTTUMWA, IOWA, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Abram Friedland against the Commonwealth Fire Insurance Company of Ottumwa, Iowa. No opinion. Motions denied, without costs. Permission from this court to appeal to the Court of Appeals is not necessary. See, also, 128 N. Y. Supp. 765.

FRIEDLANDER v. LANIER. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Appeal from Trial Term, New York County. Action by Hulda Fried-